■ TRAVIS KEEGAN, Respondent, v BRONWEN L. KEEGAN, Appellant. (Appeal No. 1.) [46 NYS3d 455]—Appeal from an order of the Supreme Court, Oneida County (Joan E. Shkane, A.J.), entered January 13, 2015. The order, inter alia, granted primary physical custody of the parties' children to plaintiff.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ TRAVIS KEEGAN, Respondent, v BRONWEN L. KEEGAN, Appellant. (Appeal No. 2.) [45 NYS3d 850]—Appeal from an amended order of the Supreme Court, Oneida County (Joan E. Shkane, A.J.), entered June 3, 2015. The amended order, inter alia, awarded primary physical custody of the parties' children to plaintiff.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ In the Matter of ISKALO 5000 MAIN LLC et al., Respondents, v TOWN OF AMHERST INDUSTRIAL DEVELOPMENT AGENCY, Appellant, and COUNTY OF ERIE, Intervenor-Respondent. (Appeal No. 1.) [46 NYS3d 456]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (John L. Michalski, A.J.), entered June 30, 2016 in a proceeding pursuant to CPLR article 78. The judgment reversed the determination of respondent denying the application of petitioners, granted the application of petitioners and denied the request of respondent for attorney's fees.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Iskalo 5000 Main LLC v Town of Amherst Indus. Dev. Agency* ([appeal No. 2] 147 AD3d 1414 [2017]). Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.